UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
AUG -7 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA )
)
V. )
)  Docket No.: 4:03cr37LS-001
)
TERRY G. TANNER )

### ORDER OF DISMISSAL

The Court, after reviewing information from the United States Probation Office, finds the Petition for Warrant, filed May 24, 2007, is hereby dismissed. The Court makes this finding based on information from the United States Probation Office advising the Court that Tanner's restitution has been paid in full. The offender's probation term is, therefore, terminated.

SO ORDERED THIS THE __7TH__ day of __August__ 2007.

_____
JAMES C. SUMNER
U.S. MAGISTRATE COURT JUDGE